**Marvin BERNSTEIN, Plaintiff–Appellant,**

v.

**AETNA LIFE & CASUALTY, et al., Defendants–Appellees.**

No. 86–2358.

United States Court of Appeals, Ninth Circuit.

Oct. 21, 1988.

Before FLETCHER, WIGGINS and NOONAN, Circuit Judges.

## ORDER

The panel denies the petition for rehearing. The full court has been advised of the suggestion for rehearing en banc. No member of the court has requested a vote. Accordingly, the suggestion is rejected.

The mandate shall issue forthwith. Upon remand the district court at its option may stay further proceedings pending the outcome of any petition for review of *Broomfield v. Lundell, et al.* (1 CA–CIV 9470, Court of Appeals of Arizona, Division One, decided August 9, 1988). To the extent that any decision the Supreme Court of Arizona may issue in *Broomfield* interprets Arizona law contrary to this court's interpretation in this case, the district court is not bound by our interpretation.